# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 357 EAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DARNELL BROWN, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of December, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

(1)    Because an autopsy report constitutes testimonial hearsay, does not use of that report by another expert as the basis of his own opinion violate the Sixth Amendment guarantee of the right of Confrontation?

(2)    Because Rule 703 allows an expert to use inadmissible evidence to form an opinion but does not allow that inadmissible evidence to be used for its truth, did not the Superior Court err in concluding that Rule 703 permitted the testimony in this case where the testifying expert's opinion has relevance and probative value *only* if the report he relied on is true?